UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNICE MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:10-CV-00096-SC |
| | ) |
| OPTION ONE MORTGAGE CORP., et al., | ) |
| | ) |
| Defendant. | ) |

ORDER

The Court has for consideration Plaintiff's "Civil Investigative Demand," which was filed April 30, 2010. (Doc. 67.) Plaintiff's demand is DENIED. The Court hereby STAYS, until further notice, all filings and proceedings in this case, except for the filing of motions to dismiss or other responsive pleadings; briefs in support of, or opposition to, motions to dismiss; and motions specifically related to the briefing of motions to dismiss (i.e., page limits, extensions of time, motions to strike). Filings made in violation of the stay will be stricken.

Done this 4th day of May 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297