UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNICE MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:10-CV-00096-SC |
| | ) |
| OPTION ONE MORTGAGE CORP., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' motions to dismiss (Docs. 47, 48, 52, 55, 56, 58, 60, 62, 65, 66, 75, 76) are GRANTED in all respects. Plaintiff's claims against Scott J. Humphrey and Gregory M. Deitsch are also due to be dismissed for failure to state a claim. The above-entitled action is, therefore, DISMISSED without prejudice. Costs are taxed to the plaintiff.

Done this 6th day of July 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297