UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| BERNICE MUHAMMAD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 1:10-CV-00096-SC |
| OPTION ONE MORTGAGE CORP., et al., | ) | |
| Defendant. | ) | |

ORDER

The Court has for consideration Plaintiff's motion for default judgment against defendant Scott J. Humphrey (Doc. 99), filed August 3, 2010; motion to reconsider the dismissal of Scott J. Humphrey and Barry Friedman (Doc. 100), filed August 3, 2010; and motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 101), filed August 6, 2010. Plaintiff's motions are DENIED.

In response to Plaintiff's motion for leave to file an amended complaint on March 19, 2010 (Doc. 17), the Court issued an Order generally summarizing rules of civil procedure and the factual requirements for a

well-pled complaint (Doc. 22). Plaintiff's Second Amended Complaint failed to state a claim against all named defendants, including Scott J. Humphrey and Barry Friedman. Plaintiff has not established any grounds for relief from this Court's order of dismissal under Federal Rule of Procedure 60(b). To the extent Plaintiff seeks recusal of the undersigned, that request is also DENIED.

Done this <u>9th</u> day of <u>August 2010</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297